# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| **KENTUCKY EMPLOYEES RETIREMENT SYSTEM, et al.,** | )<br>)<br>)<br>) |
| Defendants/Appellants | )<br>) |
| v. | )   CASE NO.  3:14-cv-00189-JHM<br>) |
| **SEVEN COUNTIES SERVICES, INC.,** | )<br>)<br>) |
| Plaintiff/Appellee. | )<br>) |

## ORDER HOLDING APPEAL IN ABEYANCE

This matter is before the Court on the Motion to Hold Appeal in Abeyance [Doc. 22] (the "Motion") filed by Appellee, Seven Counties Services, Inc. and the Limited Response to Appellee's Motion to Hold Appeal in Abeyance [Doc. 23] filed by Appellants, Kentucky Employees Retirement System and the Board of Trustees of the Kentucky Retirement Systems.

Prior to the filing of the Motion, this Court had entered an Order [Doc. 20] proposing to dismiss this appeal as moot, to which Appellants filed a Response [Doc. 21], as permitted. In the Response, the Appellants showed that because the underlying Adversary Proceeding No. 13-03014 is still pending in the Bankruptcy Court, having been neither dismissed by Appellee, nor adjudicated by the Bankruptcy Court, this appeal still presents a live dispute over which this Court has jurisdiction. Thus, this Court has not taken any further action; it has not dismissed the appeal as moot as proposed in the Order. In the Motion, Appellee has now agreed that this appeal is not moot.

Based upon the Appellee's request in the Motion that this appeal be held in abeyance pending the resolution of Appellants' appeals from the Bankruptcy Court's May 30, 2014

Memorandum Opinion, Judgment and Order (the "Opinion") entered in Adversary Proceeding No. 13-03019 [Doc. 168] and Case No. 13-31442 (Chapter 11) [Doc. 484] (together, the "Appeals"), and for the reasons stated in the Limited Response filed by Appellants,

IT IS HEREBY ORDERED that this appeal from Adversary Proceeding No. 13-03014, which is not moot, is held in abeyance to be ruled upon following the resolution of the above-referenced Appeals or as otherwise determined by this Court.

IT IS FURTHER HEREBY ORDERED that every six (6) months following the date of entry of this Order the Appellants shall file a report with this Court concerning the status of the above-referenced Appeals.

**IT IS SO ORDERED.**

                                              **Joseph H. McKinley, Jr., Chief Judge**
                                              **United States District Court**

December 24, 2014

Prepared by:

| | |
|---|---|
| Daniel R. Swetnam | (0011022) |
| Victoria E. Powers | (0054589) |
| Tyson A. Crist | (0071276) |

ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH  43215
(614) 462-2225; Fax:  (614) 224-3568
Email:  Daniel.Swetnam@icemiller.com
         Victoria.Powers@icemiller.com
         Tyson.Crist@icemiller.com

*Counsel for Appellants Kentucky Employees Retirement System and the Board of Trustees of the Kentucky Retirement Systems*